IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

      Plaintiff,                No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

      Defendants.         <u>ORDER</u>

/

        On May 6, 2005, a prehearing conference was held. Richard Bates appeared on behalf of plaintiff. James Flynn appeared on behalf of defendants.

        Following the hearing, the court made the following ORDERS: the evidentiary hearing set for June 6, 2005, is vacated without prejudice to its renewal should the parties inform the court on or before May 25, 2005, that a new resolution to this action has not been worked out.

DATED:  5/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
rous767.oah

1