IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                      No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is represented by counsel in this action.  On May 9, 2005, the court vacated the evidentiary hearing set for June 6, 2005, without prejudice to its renewal should the parties inform the court on or before May 25, 2005, that a new resolution to this action had not been worked out.  Counsel has not informed the court that a new resolution had not been worked out.

        Nevertheless, on June 24, 2005, plaintiff himself filed a motion for judicial notice.  Plaintiff alleges that he is no longer permitted to possess tarot cards.  The settlement agreement in this action provides that plaintiff shall be permitted to possess a deck of Thoth tarot cards.  Plaintiff also complains that while he has been permitted to order green, yellow, white and black candles, his request to order red and blue candles has been denied.  The settlement agreement permits plaintiff access to candles consistent with prison security and safety.

1  On July 1, 2005, plaintiff filed a motion for a preliminary injunction.  Plaintiff
2  complains that prison officials at Mule Creek State Prison (MCSP) are changing the location
3  where the Wiccans worship for fraudulent security reasons.  Plaintiff complains that the Wiccans
4  are going to be required to worship in the same area as the Odinists/Asatru and Native
5  Americans.  This particular claim is not covered by the settlement agreement.
6  The purpose of the vacated evidentiary hearing was to determine whether the
7  parties could reach agreement in the absence of an evidentiary hearing.  Based on counsels'
8  statements, the court had been hopeful.  Based on plaintiff's recent filings, it appears that
9  rescheduling of the evidentiary hearing is warranted.  Accordingly, the parties shall file status
10  reports within thirty days of the date of this order addressing how much time they require to
11  prepare for the evidentiary hearing.
12  Because plaintiff is represented by counsel, he may only communicate with the
13  court through counsel.  Therefore, all future filings by plaintiff will be placed in the court file and
14  disregarded.  Plaintiff is also informed that his claims not encompassed by the terms of the
15  settlement agreement should be raised in a separate action.
16  Accordingly, IT IS HEREBY ORDERED that:
17  1. Within thirty days of the date of this order the parties shall file status reports as
18  discussed above; following receipt of this briefing, the court will re-set the evidentiary hearing;
19  2. The Clerk of the Court is directed to serve this order on plaintiff William
20  Rouser, C-10659, P.O. Box 409020, Mule Creek State Prison, Ione, California, 95640.
21  DATED:  7/12/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

25  ggh:kj
    rou767.ord
26