| | |
|---|---|
| 1 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | JAMES M. HUMES<br>Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 4 | STEPHEN P. ACQUISTO<br>Supervising Deputy Attorney General |
| 5 | JAMES E. FLYNN, State Bar No. 61139<br>Supervising Deputy Attorney General |
| 6 |   1300 I Street, Suite 125<br>  P.O. Box 944255 |
| 7 |   Sacramento, CA 94244-2550<br>  Telephone: (916) 323-1976 |
| 8 |   Fax: (916) 324-5205 |
| 9 | Attorneys for Defendants Gomez, Reagan,<br>White, and Meads |
| 10 | 48149286CA1993CX0283 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ROUSER,<br><br>                     Plaintiff,<br><br>    v.<br><br>THEO WHITE, et al.,<br><br>                     Defendants. | NO. CIV S-93-0767 LKK GGH P<br><br>**[PROPOSED] ORDER** |

The parties have agreed to rescind their private settlement agreement and have stipulated that the court shall enter an order reinstating this action under 18 U.S.C. § 3626(c) and dismissing plaintiff's motion for reinstatement as moot.

/ / /

/ / /

/ / /

/ / /

Order

1

1       The court finds that good cause exists to reinstate this action under 18 U.S.C.
2 §3626(c).  Plaintiff's motion for reinstatement is denied as moot.
3 Dated: 8/16/05

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

rouser.dis.wpd

Order