IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

       Plaintiff,                    No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

       Defendants.           ORDER

_____/

       The parties have filed a stipulation to reinstate this action. Accordingly, the parties are directed to submit status reports either jointly or separately, as they see fit. Following receipt of the status reports, the court will issue a scheduling order.

       IT IS HEREBY ORDERED that within thirty days of the date of this order, the parties shall submit status reports.

DATED: 8/16/05

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

ggh:kj
rou767.sch