IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

     Plaintiff,                    No. CIV S-93-0767 LKK GGH P

  vs.

THEO WHITE, et al.,

     Defendants.           ORDER

_____/

       On September 27, 2005, the court ordered plaintiff's counsel to show cause for his failure to file a status report. On December 6, 2005, counsel filed a declaration and a status report. Good cause appearing, the order to show cause is withdrawn.

       In the status report, plaintiff's counsel states that he intends to file a motion to withdraw as plaintiff's counsel.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The September 27, 2005, order to show cause is withdrawn;

/////

/////

/////

/////

1

1   2. Within twenty days of the date of this order, plaintiff's counsel shall file a
2   motion to withdraw as counsel; following receipt of that motion, the court will issue further
3   orders regarding the scheduling of this action.
4   DATED: 10/19/05
5
6                                    /s/ Gregory G. Hollows
7                                    _____
                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE
8   ggh:kj
    rous767.wd
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26