IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.           ORDER

/

    Plaintiff is presently proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On November 10, 2005, plaintiff himself filed two motions for injunctive relief. In one of the motions, plaintiff alleges that prison officials at Mule Creek State Prison (MCSP) have enforced grooming regulations against him in violation of his right to religious freedom. In the other motion, plaintiff alleges that prison officials at MCSP will not let him order religious items such as candles, incense, oils and herbs.

    This once settled case, and case reported at one time to be on the verge of a second settlement, continues to wander aimlessly. Plaintiff's present counsel has scheduled a motion seeking to be relieved as counsel. However, he has not been relieved at the present time, and plaintiff's pro se filings are presently ineffectual.

\\\\\

1  The court also observes that the amended complaint on which this action is
2 proceeding contains no allegations regarding grooming regulations.  In fact, the operative
3 complaint contains no allegations regarding conditions at MCSP.  The court cannot entertain a
4 motion for injunctive relief concerning matters not encompassed by the operative complaint.
5  Accordingly, IT IS HEREBY ORDERED that the motions for injunctive relief
6 filed November 10, 2005 (nos. 212 and 213) are vacated without prejudice to their renewal upon
7 the filing of an amended complaint.
8  The parties are placed on notice that no matter what the outcome of the motion to
9 withdraw as counsel, this case will be placed on a strict schedule which will not be altered absent
10 extraordinary cause.
11  The Clerk shall serve plaintiff Rouser at his last given address.  See docket #214.
12 DATED:  11/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

17 rous767.vac