1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM ROUSER,

11           Plaintiff,                        No. CIV S-93-0767 LKK GGH P

12      vs.

13   THEO WHITE, et al.,

14           Defendants.                       ORDER

15   _____/

16           Plaintiff is presently proceeding through counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On July 1, 2005, plaintiff himself filed a motion for injunctive

18   relief.  In this motion, plaintiff alleges that prison officials at Mule Creek State Prison (MCSP)

19   are going to change the location of the Wiccan worship area.

20           Plaintiff's July 1, 2005, motion for injunctive relief is disregarded because at the

21   present time he is represented by counsel.  In addition, the amended complaint on which this

22   action is proceeding contains no allegations regarding the location of the Wiccan worship area at

23   MCSP.  In fact, the operative complaint contains no allegations regarding conditions at MCSP.

24   The court cannot entertain a motion for injunctive relief concerning matters not encompassed by

25   the operative complaint.

26   /////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for injunctive

2  relief filed July 1, 2005, is vacated without prejudice to its renewal upon the filing of an amended

3  complaint.

4  DATED: 12/12/05

5

6                               /s/ Gregory G. Hollows

7                               GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

8

9  rous767.pi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26