IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                     No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On June 29, 2006, defendants filed a request to vacate the scheduling order. On July 11, 2006, the court issued an order addressing the scheduling of this action. Based on the July 11, 2006, order, IT IS HEREBY ORDERED that defendants' June 29, 2006, request to vacate the scheduling order is denied as unnecessary.

DATED: 7/24/06

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

rou767.den

1