IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,               No. CIV S-93-0767 LKK GGH P

     vs.

THEO WHITE, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On July 11, 2006, the court ordered defendants to file a response to plaintiff's claims for injunctive relief regarding Mule Creek State Prison contained in the January 30, 2006, supplemental complaint within thirty days.  On August 9, 2006, defendants filed an answer.  The court intended for defendants to file an opposition to the request for injunctive relief as well as an answer.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants shall file a response to plaintiff's claims for injunctive relief as discussed above.

DATED:  12/8/06

                         /s/ Gregory G. Hollows

                      _____

rou767.osc                     GREGORY G. HOLLOWS

                      UNITED STATES MAGISTRATE JUDGE