1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM ROUSER,

11           Plaintiff,                         No. CIV S-93-0767 LKK GGH P

12       vs.

13   THEO WHITE, et al.,

14           Defendants.                        ORDER

15   _____/

16           Pursuant to the order filed January 13, 2006, plaintiff's pretrial statement was due

17   on or before December 29, 2006.  Plaintiff has not filed his pretrial statement.  Accordingly,

18   plaintiff is ordered to show cause for his failure to file a pretrial statement.  Failure to respond to

19   this order will result in a recommendation of dismissal of this action.

20           On December 8, 2006, 2006, the court ordered defendants to file a response to

21   plaintiff's claims for injunctive relief regarding Mule Creek State Prison contained in the January

22   30, 2006, supplemental complaint within twenty days.  On December 28, 2006, defendants filed

23   a request for extension of time to respond.  Because it is unclear whether plaintiff intends to

24   litigate this action, the order directing defendants to respond to the request for injunctive relief is

25   vacated.

26   /////

                                              1

1             Accordingly, IT IS HEREBY ORDERED that:

2             1.  Within ten days of the date of this order, plaintiff shall show cause for his

3   failure to file a pretrial statement;

4             2.  The March 27, 2007, jury trial before the Honorable Lawrence K. Karlton is

5   vacated;

6             3.  The December 8, 2006, order directing defendants to respond to plaintiff's

7   request for injunctive relief is vacated.

8   DATED: 1/24/07                     /s/ Gregory G. Hollows

9                              GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

10

11  rou767.vac

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26