IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                     No. CIV S-93-0767 LKK GGH P

      vs.

THEO WHITE, et al.,

        Defendants.           ORDER

_____/

        On January 24, 2007, the court ordered plaintiff to show cause for his failure to file a pretrial statement. On January 30, 2007, plaintiff filed a response to the January 24, 2007, order and a request for a ninety day extension of time to file his pretrial statement.

        The court will discharge the order to show cause. However, the court will not grant plaintiff ninety days to file his pretrial statement because he has not shown good cause for this request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The January 24, 2007, order to show cause is discharged;

/////

////

/////

2. Plaintiff's pretrial statement is due within twenty days of the date of this order; defendants' pretrial statement is due twenty days thereafter.

DATED: 2/7/07

/s/ Gregory G. Hollows

---

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rous0767.36