UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                  No. CIV S-93-0767 LKK GGH P

vs.

THEO WHITE, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
/         **AD TESTIFICANDUM**

        **William Rouser, inmate # C-10659**, a necessary and material witness in proceedings in this case on June 18, 2007, is confined in Mule Creek State Prison, 4001 Highway 104, PO Box 409099, Ione, CA, 95640, in the custody of the Warden Richard Subia; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by **video-conferencing** at Mule Creek State Prison, June 18, 2007, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Richard Subia, Mule Creek State Prison, 4001 Highway 104, PO Box 409099, Ione, CA, 95640:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 5/24/07

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
rous0767.841llktch