IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                            No. CIV S-93-0767 LKK GGH P

   vs.

THEO WHITE, et al.,

        Defendants.               <u>ORDER</u>

                                     /

        On June 18, 2007, the trial confirmation hearing was held. This action is set for trial on September 18, 2007, as to plaintiff's claim for damages regarding events occurring at California State Prison-Sacramento (CSP-Sac) and his claim for injunctive relief regarding events occurring at Mule Creek State Prison (MCSP). Because plaintiff was recently transferred away from MCSP, his claims for injunctive relief are dismissed as moot. The parties are directed to file amended pretrial statements addressing only the claims for damages regarding CSP-Sac.

        Accordingly, IT HEREBY ORDERED that:

        1. Plaintiff's claim for injunctive relief regarding events occurring at MCSP are dismissed as moot;

/////

1

2. Within ten days of the date of this order, plaintiff shall file an amended pretrial statement; defendants' amended pretrial statement is due ten days thereafter; the parties shall serve each other with their trial exhibits at the time they serve their amended pretrial statements;

3. The jury trial set for September 18, 2007, is vacated; this date will be re-set at the trial confirmation hearing which will be scheduled in the amended pretrial order.

DATED: June 19, 2007.

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT