IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                      No. CIV S-93-0767 LKK GGH P

     vs.

THEO WHITE, et al.,

        Defendants.           <u>ORDER</u>

/

        Following the June 18, 2007, trial confirmation hearing, the court ordered the parties to file amended pretrial statements reflecting the issues that will go to trial. This action will go to trial as to the following claim for damages regarding plaintiff's ability to practice his Wiccan religion while housed at California State Prison-Sacramento (CSP-Sac) from 1990-1997: 1) access to and the ability to use religious articles including tarot cards, the Wiccan Bible, incense, candles, wands and altars; 2) the ability to practice group worship; and 3) access to a spiritual leader. This action will also go to trial on plaintiff's claims for injunctive relief regarding Pleasant Valley State Prison as to the same three issues.

        On June 27, 2007, plaintiff filed an amended pretrial statement. Plaintiff's pretrial statement addresses claims regarding his ability to practice his Wiccan religion at CSP-Sac after 1997 and while housed at Mule Creek State Prison. Because plaintiff's pretrial

1

1  statement does not clearly address the claims on which this action is set for trial, plaintiff is
2  directed to file a second amended pretrial statement. Plaintiff's second amended pretrial
3  statement shall address only the claims set forth above in the first paragraph of this order.
4          On July 9, 2007, defendants filed a request for extension of time to file their
5  amended pretrial statement. Because plaintiff is ordered to file a second amended pretrial
6  statement, this request is moot.
7          Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of
8  this order, plaintiff shall file a second amended pretrial statement; defendants' amended pretrial
9  statement is due within fifteen days thereafter.
10 DATED: July 30, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT