IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM ROUSER,** | No. 2:93-cv-0767-LKK-GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **THEO WHITE, et al.,** | |
| Defendants. | |

Defendants have requested an extension of time, to and including September 14, 2007, to file their second amended pretrial statement. The court finds good cause and orders as follows:

1. Defendants' request for an extension of time is granted; and

2. Defendants shall file their second amended pretrial statement on or before September 14, 2007.

Dated: 9/11/07                    /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

rou767.eot(pts)

1