IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                    No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

        Defendants.          <u>ORDER</u>

                                     /

        On October 16, 2007, the court issued an amended pretrial order stating that plaintiff's second amended pretrial statement listed no exhibits.

        On October 25, 2007, plaintiff filed objections to the pretrial order. Plaintiff states that he filed a supplemental pretrial statement listing his exhibits. On October 15, 2007, plaintiff filed a pleading titled "supplement to pretrial evidence." In ths pleading, plaintiff requests that he be allowed to introduce a "magical novel" as evidence. Good cause appearing, the pretrial order is amended to reflect this novel as plaintiff's one item of evidence.

        In the October 15, 2007, pleading, plaintiff also requests that he be allowed to call four additional witnesses: Jerry Garcia, Mary Feryance, S. Delany and C/O Anderson. Jerry Garcia is already listed in the amended pretrial order as one of plaintiff's witnesses. Good cause appearing, the court will amend the pretrial order to reflect Feryance, Delany and Anderson as

1

1 additional witnesses for plaintiff.

2       Accordingly, IT IS HEREBY ORDERED that the October 16, 2007, amended

3 pretrial order is amended to reflect plaintiff's one item of evidence, i.e. the "magical novel," and

4 plaintiff's three additional witnesses: Feryance, Delany and Anderson.

5 DATED: 11/13/07

                /s/ Gregory G. Hollows

6                 UNITED STATES MAGISTRATE JUDGE

9 rous767.cla