1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10 WILLIAM ROUSER,

11        Plaintiff,                    No. CIV S-93-0767 LKK GGH P

12    vs.

13 THEO WHITE, et al.,

14        Defendants.                   ORDER

15 _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17 seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate

18 Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On October 16, 2007, the magistrate judge filed findings and recommendations

20 herein which were served on all parties and which contained notice to all parties that any

21 objections to the findings and recommendations were to be filed within twenty days. Plaintiff

22 has filed objections to the findings and recommendations.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24 304, this court has conducted a de novo review of this case. Having carefully reviewed the

25 entire file, the court finds the findings and recommendations to be supported by the record and

26 by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 16, 2007, are adopted in full; and

2. Plaintiff's motion for injunctive relief filed September 26, 2007, is denied without prejudice.

DATED:  November 16, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT