IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                        No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On October 16, 2007, the court issued an amended pretrial order. On November 9, 2007, plaintiff filed a pleading titled "Additional Recent Evidence..." This pleading does not specifically identify any new evidence plaintiff proposes to offer at trial. Accordingly, this pleading is disregarded.

        On November 21, 2007, plaintiff filed a pleading titled "Request for Additional Witnesses and Evidence..." Plaintiff requests that he be allowed to call Lieutenant Scott, Sergeant Huckabay, Chaplain Salaam, Correctional Officer Tucker, Bonnie Frakis, Inmate Hysell and Inmate Rodriguez regarding the consistent denial of religious services and the denial of food for these services.

/////

/////

Case 2:11-cv-09123-RGK-JEM   Document 322   Filed 12/14/07   Page 2 of 3   Page ID #:2000

1   While one of the issues to be addressed at trial is plaintiff's ability to practice
2   group worship, plaintiff has not previously raised the issue of access to food during services.
3   Rather, this issue has focused on plaintiff's ability to actually meet with other Wiccans for
4   specific services.  The court will not expand this issue to include access to religious food.  In
5   addition, inmate Hysell is housed at Mule Creek State Prison (MCSP).  The issues regarding
6   MCSP are not being litigated in this action.  Accordingly, the request to call inmate Hysell as a
7   witness is denied.
8   Plaintiff has not described the proposed testimony of any of the other proposed
9   witnesses.  Without knowing their proposed testimony, the court cannot evaluate plaintiff's
10  request.  Plaintiff is granted ten days from the date of this order to file a new motion describing
11  the proposed testimony of the witnesses listed above, but for inmate Hysell.
12  Plaintiff also requests that the court provide him with tapes of the A Facility Yard
13  for October 15, 2007, November 5, 2007, and November 15, 2007.  Plaintiff argues that these
14  tapes will show harassment of Wiccans.  Discovery is closed and the court cannot order
15  defendants to produce these tapes.
16  On December 3, 2007, plaintiff filed a pleading titled "New Evidence Which
17  Occurred Nov 26, 2007."  In this pleading, plaintiff alleges that he was verbally harassed.
18  Plaintiff requests permission to call as witnesses the persons involved and with knowledge of the
19  harassment.  This request is denied.
20  Accordingly, IT IS HEREBY ORDERED that:
21  1. Plaintiff's November 9, 2007, notice of additional evidence is disregarded;
22  2. Plaintiff's November 21, 2007, and December 3, 2007, requests to call
23  additional witnesses and add new evidence are denied;
24  /////
25  /////
26  /////

2

3. Within ten days of the date of this order, plaintiff may file a new motion in support of his request to call witnesses concerning his recent denial of access to religious services.

DATED: December 14, 2007

rou.wit

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3