1  Brian D. Hershman (State Bar No. 168175)
   bhershman@jonesday.com
2  Jenny L. Riggs (State Bar No. 204417)
   jlriggs@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
6
   Attorneys for Plaintiff
7  WILLIAM ROUSER

8
9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11                  SACRAMENTO DIVISION

12  WILLIAM ROUSER                    | **CASE NO. 2:93-cv-0767-LLK-GGH(PC)**
13            Plaintiff,              | Assigned to:   The Honorable
14        v.                          |                Lawrence K. Karlton
15  THEO WHITE, et al.,               | **STIPULATION TO VACATE PRE-TRIAL DATES AND TRIAL DATE; REQUEST FOR STATUS CONFERENCE AND ORDER**
16            Defendants.             |
17                                    | Trial Date: May 13, 2008

18
19
20
21
22
23
24
25
26
27
28

LAI-2944312v1

**STIPULATION TO VACATE PRE-TRIAL DATES AND TRIAL DATE;
REQUEST FOR STATUS CONFERENCE**

1    WHEREAS, the Court has set trial of this action for May 13, 2008, and pursuant to the
2  Local Rules and the Court's Second Amended Pre-trial Order, additional dates have been set for
3  the filing of motions in limine, trial briefs, witness and exhibit lists, and other pre-trial filings; and
4    WHEREAS, plaintiff William Rouser, who has been representing himself *in propria
5  persona*, recently has engaged Jones Day as counsel in this action; and
6    WHEREAS, the issues in this action relate to Mr. Rouser's claims for violations of his
7  constitutional and statutory rights relating to his ability to practice his religion in prison; and
8    WHEREAS, plaintiff Rouser is currently incarcerated, and therefore Mr. Rouser is more
9  limited in his ability to quickly communicate with and guide his counsel in preparing for trial; and
10   WHEREAS, Jones Day requires a brief amount of additional time to prepare adequately
11 for trial, so that the trial of this action may proceed expeditiously; and
12   WHEREAS, defendants do not object to a brief continuance to permit plaintiff's counsel
13 to prepare for trial of this action; and
14   THEREFORE, plaintiff and defendants, through their counsel of record, hereby stipulate
15 as follows:
16   1.   Subject to the Court's approval, all pre-trial and trial dates are vacated; and
17   2.   The parties request a status conference at the Court's earliest convenience; and

LAI-2944312v1

1

**STIPULATION TO VACATE PRE-TRIAL DATES AND TRIAL DATE;
REQUEST FOR STATUS CONFERENCE**

3.   Subject to the Court's calendar, the parties request a new trial date in or after mid-June 2008, with pre-trial dates adjusted accordingly.

IT IS SO STIPULATED.

Dated: April ___, 2008                                    JONES DAY


By _____
     Jenny L. Riggs

Attorneys for Plaintiff
WILLIAM ROUSER


Dated: April ___, 2008


By _____
     James E. Flynn

Attorneys for Defendants

**ORDER**

Having reviewed and considered the foregoing Stipulation of the parties, and finding good cause therefor, the Court hereby orders as follows:

1.   All pre-trial and trial dates are vacated; and

2.   A status conference is set for May 5, 2008, at 2:00 p.m., at which time the Court will set a trial date. Plaintiff shall appear through counsel at the status conference.

IT IS SO ORDERED.


Dated: April 21, 2008                    _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

LAI-2944312v1                                    2

**STIPULATION TO VACATE PRE-TRIAL DATES AND TRIAL DATE;
REQUEST FOR STATUS CONFERENCE**