1  Brian D. Hershman (State Bar No. 168175)
   bhershman@jonesday.com
2  Jenny L. Riggs (State Bar No. 204417)
   jlriggs@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
6
   Attorneys for Plaintiff
7  WILLIAM ROUSER

8
9                        UNITED STATES DISTRICT COURT
10                       EASTERN DISTRICT OF CALIFORNIA
11                            SACRAMENTO DIVISION

12  WILLIAM ROUSER,                    | **CASE NO. 2:93-cv-0767-LKK-GGH(PC)**
13              Plaintiff,             | Assigned to:   The Honorable
14       v.                            |                Lawrence K. Karlton
15  THEO WHITE, et al.,                | **ORDER PERMITTING PHONE CALL AND SETTING STATUS CONFERENCE**
16              Defendants.            |
17                                     | Trial Date: None

18
19
20
21
22
23
24
25
26
27
28

LAI-2948357v1

**[PROPOSED] ORDER PERMITTING PHONE CALL AND SETTING STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

1  On Monday, May 5, 2008 at 2:00 p.m., the Court, the Honorable Lawrence K. Karlton presiding, held a status conference in the above referenced action in Courtroom 4 of the above-referenced Court.  Plaintiff appeared through his counsel Jenny L. Riggs.  Defendants appeared through their counsel James Flynn, Fiel Dizon Tigno, and Jason Gatchalian.  Having considered the statements of counsel at the status conference, the Court hereby ORDERS as follows:

    1.    Plaintiff is to be permitted one attorney-client phone call with his counsel, Jones Day, within one week of the date of this order.  The phone call may last up to one hour in length.

    2.    The parties are to appear for a further status conference on May 27, 2008, at 3:00 p.m.  Counsel who are not local may appear telephonically.

IT IS SO ORDERED.

Dated: May 20, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

Dated: May 14, 2008                                JONES DAY

By       /s/_____
    Jenny L. Riggs

Attorneys for Plaintiff
WILLIAM ROUSER

Dated: May 14, 2008

By       /s/_____
    James E. Flynn

Attorneys for Defendants

LAI-2948357v1                                1
**[PROPOSED] ORDER PERMITTING PHONE CALL AND SETTING STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com