UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,

   v.

THEO WHITE, et al.,

        Defendants.

                              /

NO. CIV. S-93-767 LKK/GGH P

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on May 27, 2008. Jennifer L. Riggs appeared telephonically as counsel for plaintiff; James E. Flynn and Fiel D. Tigno appeared as counsel for defendants. After hearing, the court makes the following findings and orders:

    1.   Within five (5) days of the date of this order, the defendant SHALL inform the court and the plaintiff whether plaintiff will be permitted to give documents to his attorney or whether defendants will deliver the documents from the plaintiff to his counsel at the

1

1      defendants' expense.

2. Within seven (7) days of the date of this order, the plaintiff is permitted one attorney-client phone call with his counsel. The phone call may last up to one hour in length.

3. The Pretrial Conference is CONTINUED to September 8, 2008 at 1:30 PM. Discovery shall remain open until that date.

4. Plaintiff is granted one month from the date of this order to file an amended complaint without leave of court. If plaintiff files an amended complaint during that time, defendants may file a responsive pleading not later than July 25, 2008.

5. Plaintiff is granted fifteen (15) days from the date of this order to supplement his objections to the Order Dismissing Defendants Gomez and White. Defendants have ten (10) days thereafter to respond.

IT IS SO ORDERED.

DATED: May 29, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2