IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

       Plaintiff,                        No. CIV S-93-767 LKK GGH P

     vs.

THEO WHITE, et al.,

       Defendants.               <u>ORDER</u>

_____/

        On October 15, 2007, plaintiff proceeding in pro per filed a motion for a temporary restraining order. Plaintiff is now represented by counsel.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 15, 2007, motion for a temporary restraining order is disregarded because plaintiff is now represented by counsel.

DATED: June 2, 2008.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT