IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                  No. CIV S-93-0767 LKK GGH P

  vs.

THEO WHITE, et al.,

    Defendants.                O R D E R

_____/

    The court is in receipt of the parties' stipulation and proposed order to extend the deadline to disclose expert testimony. As good cause has not been shown, the stipulation is DENIED. The parties are, of course, free to agree as they choose. The agreement, however, will not be enforced by the court. Accordingly, the court will not approve the proposed order.

    IT IS SO ORDERED.

    DATED: November 4, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1