IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM ROUSER,** | 2:93-cv-0767-LKK-GGH (PC) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| **THEO WHITE, et al.,** | |
| Defendants. | |

The Stipulation for an Extension of Time to File Dispositive Motions was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that the time for filing dispositive motions be extended to February 9, 2009, and that hearing on the motions be held on March 23, 2009.

Dated: December 23, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1