IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM ROUSER,** | 2:93-cv-0767-LKK-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **THEO WHITE, et al.,** | |
| Defendants. | |

Defendants have requested leave to file a thirty-two-page memoranda of law in support of their motion for summary judgment that exceeds the thirty-page limit set in the Status (Pretrial Scheduling) Conference Order field September 10, 2008. Plaintiff does not oppose the request. The Court finds good cause and grants the request.

Dated: February 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1