IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                    No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.                  O R D E R

_____/

    Pending before the court is defendants' motion for summary judgement, currently set to be heard on April 24, 2009. Defendants have filed a request to continue the hearing due to scheduling conflicts. Good cause appearing, the hearing is CONTINUED to May 8, 2009 at 10:00 AM.

    Currently, the Pretrial Conference in this case is set for May 11, 2009 and trial is set for August 11, 2009. Those dates are VACATED. New dates will be set at the May 8 hearing.

    IT IS SO ORDERED.

    DATED: April 21, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT