IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                    No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.                  O R D E R

_____/

    On September 11, 2009, Plaintiff William Rouser filed a motion for a preliminary injunction and a motion to supplement his third amended complaint. The motion for preliminary injunction relies, in part, on allegations plaintiff seeks to add to his third amended complaint. These motions were set for hearing on October 13 , 2009. On September 24, 2009, Defendants filed an ex parte request for an extension of time to oppose both motions. Plaintiff filed an opposition to this request on September 25, 2009, in which he explained that under Defendants' proposed scheduling order Plaintiff "would be prevented from celebrating Samhain, on October 31, 2009." In order to provide

1

1  the court adequate time to rule on Plaintiff's motions before
2  October 31, 2009, the court will extend the hearing date and the
3  submission of papers by one week.

**CONCLUSION**

For the reasons stated above, the court ORDERS as follows:

1. The hearing on Plaintiff's motion for preliminary injunction, Doc. No. 425, and motion to supplement the third amended complaint, Doc. No. 434, are CONTINUED to October 20th, at 1:30 p.m.

2. Defendants SHALL submit either an opposition or a statement of non opposition by October 6, 2009, unless the matter has settled before that time or the court has further continued the matter.

3. Plaintiff's reply brief, if any, SHALL be submitted no later than October 13, 2009.

IT IS SO ORDERED.

DATED: September 25, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2