1  Brian D. Hershman (State Bar No. 168175)
   bhershman@jonesday.com
2  Jennifer L. Riggs (State Bar No. 204417)
   jlriggs@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:     (213) 489-3939
   Facsimile:      (213) 243-2539
6
   Attorneys for Plaintiff
7  WILLIAM ROUSER

8

9                UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  WILLIAM ROUSER, | Case No. 2:93-cv-0767-LKK-GGH(PC) |
| 14           Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE HEARING** |
| 15       v. | |
| 16  THEO WHITE, et al., | Hearing:    October 20, 2009<br>Time:        1:00 p.m.<br>Courtroom:  4 |
| 17           Defendants. | Judge:      Hon. Lawrence K. Karlton |

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed and considered the foregoing Stipulation of the parties, and finding good cause therefor, the Court hereby orders as follows:

The hearings on Plaintiff's Motion for Preliminary Injunction (Doc. No. 425) and Motion to Supplement the Third Amended Complaint (Doc. No. 437), currently calendared for October 20, 2009 at 1:30 p.m., are continued to December 7, 2009 at 10:00 a.m., to give the Court sufficient time to rule on the motions before December 21, 2009, the date of plaintiff's Yule. The current briefing schedule is amended as followed:

1. Defendants shall submit either an opposition or a statement of non-opposition to each motion by November 5, 2009, unless the matter has settled before that time or the Court has further continued the matter.

2. Plaintiff's reply briefs shall be submitted no later than November 19, 2009.

IT IS SO ORDERED.

Dated: October 7, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT