1  Brian D. Hershman (State Bar No. 168175)
   bhershman@jonesday.com
2  Jenny L. Riggs (State Bar No. 204417)
   jlriggs@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:   (213) 489-3939
   Facsimile:    (213) 243-2539
6
   Attorneys for Plaintiff
7  WILLIAM ROUSER

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10
                    **SACRAMENTO DIVISION**
11

12 | WILLIAM ROUSER | **CASE NO. 2:93-cv-0767-LKK-GGH(PC)** |

13 |      Plaintiff, | Assigned to:   The Honorable
                                      Lawrence K. Karlton |
14 |      v. |
                 | **ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
15 | THEO WHITE, et al., |
16 |      Defendants. |
17 |                     | Date:          December 7, 2009
                          Time:          10:00 a.m.
18 |                       Courtroom:     4
                          Judge:         Lawrence K. Karlton
19 |                       Trial Date:    None
                          Action Filed:  May 17, 1993
20

21
22
23
24
25
26
27
28

LAI-3059669v2

**[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

1   Having reviewed the parties' Stipulation to Continue Hearing on Motion for Preliminary
2   Injunction, and good cause appearing therefore, it is ordered that:

3   1.   Defendants shall file their opposition, or a statement of non-opposition, to the
4   Motion for a Preliminary Injunction no later than January 22, 2010.

5   2.   Plaintiff shall file his reply in support of his Motion for a Preliminary Injunction
6   no later than February 9, 2010.

7   3.   The parties shall appear for hearing on the Motion for a Preliminary Injunction on
8   February 22, 2010 at 10:00 am to give the Court adequate time to rule on the Motions before the
9   Spring Equinox on or about March 21, 2010.

10   4.   The hearing on Plaintiff's Motion to Supplement the Complaint will proceed as
11   calendared on December 7, 2009, with the briefing schedule as set forth in the Court's October 8,
12   2009 Order (Doc. No. 440).

13   IT IS SO ORDERED.

15   Dated: November 10, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

17   APPROVED AS TO FORM:

18   Dated: November 6, 2009                              JONES DAY

19
20                                                       By   /s/ Jenny L. Riggs
                                                              Jenny L. Riggs

21                                                       Attorneys for Plaintiff
                                                         WILLIAM ROUSER

22   Dated: November 6, 2009

24                                                       By   /s/ James E. Flynn
25                                                            James E. Flynn

26                                                       Attorneys for Defendants
                                                         CATE, YATES, HAWS, GOMEZ,
27                                                       and WHITE

28

LAI-3059669v2                              1
**[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

PDF created with pdfFactory trial version www.pdffactory.com