IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ROUSER, | | |
| | Plaintiff, | No. CIV S-93-0767 LKK GGH P |
| vs. | | |
| THEO WHITE, et al., | | |
| | Defendants. | O R D E R |
| _____/ | | |

On December 10, 2009, the court issued an order granting plaintiff's motion to supplement his complaint, Doc. No. 450. In so doing, plaintiff was granted leave to file a fourth amended complaint in which he may add certain claims against new defendants P. Ortiz ("Ortiz"), B. Flores ("Flores"), and Brian Haws ("Haws"). On December 15, 2009, plaintiff filed a fourth amended complaint bringing claims against the three new defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for the following defendants: Ortiz, Flores, and Haws.

1

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the fourth amended complaint filed December 15, 2009.

3. Within ten (10) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;
   b. One completed summons;
   c. One completed USM-285 form for each defendant listed in number 1 above; and
   d. Three copies of the amended complaint filed December 15, 2009.

4. Within ten days from the date of this order, counsel for defendants shall inform the court in writing whether counsel for defendants Theo White, J. Yates, Matthew Cates, and James Gomez will waive service of process on behalf of defendants Ortiz, Flores, and Haws.

5. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above named

```
1        defendants who have not waived service pursuant to
2        Federal Rule of Civil Procedure 4 without payment of
3        costs.
4   IT IS SO ORDERED.
5   DATED: January 13, 2010.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

1
2
3
4
5
6
7
8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11  WILLIAM ROUSER

12          Plaintiff,                      No. CIV s-93-0767 LKK GGH P

13      vs.

14  THEO WHITE, et al.,                     <u>NOTICE OF SUBMISSION</u>

15          Defendants.                     <u>OF DOCUMENTS</u>

16  _____/

17      Plaintiff hereby submits the following documents in compliance with the court's

18  order filed _____:

19          ____        completed summons form

20          ____        completed USM-285 forms

21          ____        copies of the _____
                                  Complaint/Amended Complaint

22  DATED:

23

24
                                    _____
25                                              Plaintiff

26