IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

     Plaintiff,                     No. CIV S-93-0767 LKK GGH P

  vs.

THEO WHITE, et al.,

     Defendants.                 O R D E R

_____/

    A recent court order was served on intervener David Sims' address of record. On July 23, 2010, Mark A. Radoff, counsel for all interveners but Sims, filed a notice indicating that Sims has been transferred to another prison. It appears that Sims has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

    This notice also indicates that Radoff represents A. McCarter, but that he was accidentally left off the motion to intervene. Technically, therefore, A. McCarter has not been granted intervener status by this court.

1

For the foregoing reasons, the court orders as follows:

(1) The court DISMISSES Sims from this action for his failure to keep the court apprised of his current address. See Local Rules 182(f) and 110.

(2) The court MODIFIES its order granting the motion to intervene, ECF No. 519, to include A. McCarter as an intervener.

IT IS SO ORDERED.

DATED: July 27, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2